UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ROCKY WAYNE LANFORD,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No.: 5:15-cv-00481-CLS-SGC |
| | ) |
| **MATT GENTRY, Sheriff, et al.,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On May 11, 2015, the magistrate judge entered a report construing this matter as a petition for writ of habeas corpus under 28 U.S.C. § 2241 and recommending dismissal. (Doc. no. 4). The time provided for objections has expired, and no objections have been filed. After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, this matter is due to be dismissed.

A separate order will be entered.

DONE this 31st day of July, 2015.

_____
United States District Judge